UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/2025

BRUCE TAYLOR, Derivatively on Behalf of REGENERON PHARMACEUTICALS, INC.,

    Plaintiff,

  v.

LEONARD S. SCHLEIFER, BONNIE L. BASSLER, MICHAEL S. BROWN, N. ANTHONY COLES, JOSEPH L. GOLDSTEIN, KATHRYN GUARINI, CHRISTINE A. POON, ARTHUR F. RYAN, DAVID P. SCHENKEIN, GEORGE L. SING, CRAIG B. THOMPSON, GEORGE D. YANCOPOULOS, HUDA Y. ZOGHBI, CHRISTOPHER FENIMORE, and ROBERT LANDRY,

    Individual Defendants,

  -and-

REGENERON PHARMACEUTICALS, INC.,

    Nominal Defendant.

Case No. 1:25-mc-319

## ORDER GRANTING IN PART PLAINTIFF'S MOTION TO FILE COMPLAINT UNDER SEAL

Plaintiff Bruce Taylor ("Plaintiff"), having filed his Motion to File Complaint Under Seal (the "Motion"), which seeks to permit Plaintiff to file an unredacted version of his Verified Stockholder Derivative Complaint (the "Complaint") under seal and to permit Plaintiff to publicly file a redacted version of the Complaint, and the Court having reviewed the motion and exhibits

thereto and having found sufficient cause under Fed. R. Civ. P. 5.2(d) to order this document to be filed under seal pending review by the assigned district judge, in particular because the redacted information is asserted to be of such a nature that its would cause the Company irreparable harm--such that sealing is essential to preserve a higher value and because the redactions are narrowly tailored to meet that need, it is hereby

**ORDERED** that Plaintiff's Motion is GRANTED in part.  Plaintiff's unredacted Complaint shall be provisionally sealed and the parties are directed to proceed in accordance with the instructions for filing under seal found in the Court's ECF Rules & Instructions, Rule 6.14.

**FURTHER ORDERED** that, after filing the unredacted Complaint under seal, Plaintiff shall file the redacted version of the Complaint, substantially in the form attached to the Declaration of Correy A. Suk as Exhibit A, on the public docket.

**FURTHER ORDERED** that this sealing determination is provisional in order to permit the filing of the litigation. The provisional sealing of these materials will expire on August 29, 2025. The Court expects that a renewed application to seal the redacted information will be presented to the assigned district judge no later than August 22, 2025. The assigned district judge will have the authority to independently evaluate whether the redactions are appropriate.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 1 and to close this case.

**IT IS SO ORDERED.**

Dated:  July 31, 2025
New York, New York

_____
United States District Judge
Part I